**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**HEMMER CONSTRUCTION, INC.**,
Plaintiff,

v. 2:25-cv-1061-SPC-NPM

**STEVE CAMBRIA,** *et al.*,
Defendants.

---

## ORDER

Before the court is the plaintiff Hemmer Construction, Inc.'s unopposed motion to remand. Hemmer seeks to have this case remanded back to state court because it has recently filed a second amended complaint that eliminated its federal RICO claim, leaving exclusively state-law causes of action. *See Royal Canin U.S.A., Inc. v. Wullschlege*, 604 U.S. 22 (2025). This leaves us without subject-matter jurisdiction.

Accordingly, Hemmer's motion (Doc. 124) is **GRANTED**. The clerk is directed to **REMAND** this case by transmitting a certified copy of this order to the clerk of court for the Twentieth Judicial Circuit in and for Collier County, Florida (Case No. 11-2024-CA-002097), and terminate any pending motions and scheduled events and close the case.

**ORDERED** on October 29, 2026

NICHOLAS P. MIZELL
United States Magistrate Judge